AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JARED VANN,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:21-cv-321

MAGISTRATE COURT, and RECORDERS COURT OF CHATHAM COUNTY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on May 27, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is dismissed and stands closed.

Approved by: _[signature]_

| June 7, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _[signature]_ |
| | (By) Deputy Clerk |

GAS Rev 10/2020